IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER SMITH, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIZENS & NORTHERN CORPORATION and CITIZENS & NORTHERN BANK,<br><br>　　　　Defendants. | No. 4:21-CV-01397<br><br>(Chief Judge Brann) |

## ORDER

**MAY 18, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 14) is **GRANTED**:

1. Plaintiff Christopher Smith's Amended Complaint is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　Chief United States District Judge